# United States District Court

EASTERN DISTRICT OF WISCONSIN

MITCHELL TISCHAUSER,
DELOS W. LUEDTKE,
PADEN ROTHENBERGER,
DUSTIN J. DEMITRIOU, and
RONDA DEMITRIOU,

        Plaintiffs,

v.

DONNELLY TRANSPORTATION, INC.,
JOSUE R. HIDALGO-CLARKE,
FIREBIRD TRUCKING, INC.,
MODE TRANSPORTATION, LLC,
SYSCO CORPORATION,
ACE PROPERTY & CASUALTY
INSURANCE COMPANY, and
STATE NATIONAL INSURANCE CO.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**
Case No. 20-C-1291

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

      **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs' claims against Defendants Mode Transportation, LLC and Sysco Corporation are DISMISED from this action.

                            Approved:  s/ William C. Griesbach
                                         WILLIAM C. GRIESBACH
                                         United States District Judge

Dated:   February 13, 2024

                                         GINA M. COLLETTI
                                         Clerk of Court

                                         s/ Kyle W. Frederickson
                                         (By) Deputy Clerk