# United States District Court
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MITCHELL TISCHAUSER, DELOS W. LUEDTKE, PADEN ROTHENBERGER, DUSTIN J. DEMITRIOU, and RONDA DEMITRIOU,<br><br>               Plaintiffs,<br><br>v.<br><br>DONNELLY TRANSPORTATION INC., JOSUE R. HIDALGO-CLARKE, FIREBIRD TRUCKING INC., ACE PROPERTY & CASUALTY INSURANCE COMPANY, ACE PROPERTY & CAS. INS. CO., and STATE NATIONAL INSURANCE CO. INC.,<br><br>               Defendants. | **JUDGMENT IN A CIVIL CASE**<br>Case No. 20-C-1291 |

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the settlement agreement entered among the parties, all claims by Plaintiffs Mitchell Tischauser, Delos W. Luedtke, Paden Rothenberger, Dustin J. Demitriou, and Ronda Demitriou against Defendants Donnelly Transportation Inc., Josue R. Hidalgo-Clarke, Firebird Trucking Inc., Ace Property & Casualty Insurance Company, and State National Insurance Co. Inc. are hereby dismissed.

    **IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Mitchell Tischauser recover from Defendant Ace Property & Casualty Insurance Company interest, pursuant to Wis. Stat. § 628.46, in the amount of two-hundred ninety-two thousand, five-hundred seventy-eight, and 91/100 Dollars ($292,578.91), plus post-judgment interest as allowed by law.

| | | |
|---|---|---|
| | Approved: | s/ William C. Griesbach<br>WILLIAM C. GRIESBACH<br>United States District Judge |
| Dated: May 14, 2024 | | GINA M. COLLETTI<br>Clerk of Court<br> s/ Mara A. Corpus<br>(By) Deputy Clerk |